DAVID E. WOOD, Bar No. 121170
dwood@andersonkill.com
ERIC R. REED, Bar No. 243037
ereed@andersonkill.com
Anderson Kill, P.C.
864 East Santa Clara Street
Ventura, California  93001
Tel:    (805) 288-1300
Fax:    (805) 288-1301
         * * *
JP Morgan International Plaza III
14241 Dallas Parkway, Suite 650
Dallas, Texas  75254
Tel:    (972) 728-8753
Fax:    (805) 288-1301
Attorneys for Plaintiff
BASIS, LLC dba GLOBAL BASIS

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BASIS, LLC, dba GLOBAL BASIS, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>DRIVEN SOLUTIONS, INC., a Delaware Corporation (individually and as successor in interest to Drive America Holdings, Inc., d/b/a Drive America)<br><br>                    Defendants. | Case No. 14-CV-09035-MWF-VBK<br><br>**STIPULATED ORDER AND INJUNCTION** |

imanage-208709.1                                    -1-
**STIPULATED ORDER AND INJUNCTION**

Plaintiff Basis, LLC dba Global Basis ("Global Basis" or "Plaintiff") and Defendants Driven Solutions, Inc. ("Driven Solutions") and its predecessor in interest Drive America, Inc. ("Drive America") hereby stipulate to the following Order and injunction of this Court:

1. Drive America and Global Basis entered into an Agency Services Agreement ("Agreement") on or about April 9, 2007. The Agreement memorialized the terms under which Global Basis would render certain marketing and business development services on behalf of Drive America. From time to time, Drive America and Driven Solutions performed some or all of their obligations under the Agreement by their wholly-owned operating entity United States Auto Club. Driven Solutions is Drive America's successor in interest, and is obligated under the Agreement as if it had signed it in Drive America's stead. (Hereafter, Drive America, Driven Solutions and United States Auto Club are referred to collectively as "Driven Solutions" and "Defendants.") The Agreement described the services Global Basis was to render:

> 1.1.1 <u>Wholesale</u>: GB will assist DA in developing one or more entities ("Groups") interested in DA memberships on a group basis (as opposed to a membership purchased by an individual driver through a single transactions). Developing Groups interested in DA memberships on a group basis shall be referred to as "Wholesale Services."

2. In consideration for its services, Global Basis was to receive compensation as follows:

> 2.1 In consideration of Services to be performed, DA shall pay GB Retainers and Other Compensation as described in Exhibit 1. Retainers and Other Compensation shall be paid as follows:

        2.1.1 <u>Retainers</u>: DA shall pay GB each monthly Retainer in advance, on the first day of the month on which Services are to be rendered.

        2.1.2 <u>Other Compensation</u>: DA shall pay GB each component of Other Compensation within thirty (30) days after it becomes due and owing.

3.     Exhibit 1 to the Agreement further provided as follows:

**A. Wholesale Business Development**:

<u>Retainer</u>: $21,250 per month minus any amounts paid as "Other Compensation" described below. In the event that "Other Compensation" exceeds $21,250 in any month, then the amount of the retainer shall be zero for that month.

<u>Other Compensation</u>: A commission structure will be defined in writing for each prospective Group in at the time of acceptance of the Schedule A proposal by DA.

4.     The Agreement stated:

    (a)   GB shall advise DA of the name of one or more interested entities ("Group") by delivering notice in the form of Schedule A attached to this Agreement. The terms of this Agreement shall not become effective as to any Group unless and until DA has expressed interest in further discussions with any such referred Group by countersigning and returning the Schedule A presented by DA. DA will assist GB, as agreed by the parties hereto, to develop and retain a contractual relationship relating to a Group or Wholesale client . . .

5.     Driven Solutions sent Global Basis Notice of Termination of the Agreement on March 2, 2009. Termination of the Agreement was effective thirty days later, on March 31, 2009. Before this termination took effect, Global Basis

submitted to Driven Solutions, and Driven Solutions signed and returned to Global Basis, the following Schedule A's:

| **ENDORSING GROUPS** | **DATE** | **COMMISSION** |
|---|---|---|
| GAINSCO, Safe-Guard Products, Latin Assist/Integra, Eaglerider, Dent Zone, Fox Rent a Car, Zipcar, LotSolutions | 1/30/09 | "[Driven Solutions] will pay GB 1% of all revenue [Driven Solutions] receives from the Endorsing Groups at any time …" |
| Advantage Rent A Car | 2/13/08 | "[Driven Solutions] will pay GB 2% 1% of all revenue [Driven Solutions] receives from Advantage Rent A Car at any time …" |
| Encore Marketing | 2/14/08 | "[Driven Solutions] will pay GB 2% 1% of all revenue [Driven Solutions] receives from Encore Marketing at any time …" |
| Hanover Insurance | 2/14/08 | "[Driven Solutions] will pay GB 2% 1% of all revenue [Driven Solutions] receives from Hanover Insurance at any time …" |
| AIG | 2/14/08 | "[Driven Solutions] will pay GB 2% 0.5% of all revenue [Driven Solutions] receives from AIG at any time …" |
| Warrantech | 2/14/08 | "[Driven Solutions] will pay GB 2% 1% of all revenue [Driven Solutions] receives from Warrantech at any time …" |
| Sonsio | 2/14/08 | "[Driven Solutions] will pay GB 2% 1% of all revenue [Driven Solutions] receives from Sonsio at any time …" |
| cynoSure Financial, Inc. | 3/4/08 | "[Driven Solutions] will pay GB 2% 1% of all revenue [Driven Solutions] receives from cynoSure Financial, Inc. at any time …" |

| **ENDORSING GROUPS** | **DATE** | **COMMISSION** |
|---|---|---|
| Payless Car Rental | 3/4/08 | "[Driven Solutions] will pay GB ~~2%~~ 1% of all revenue [Driven Solutions] receives from Payless Car Rental at any time …" |
| Metropolitan Life Insurance | 4/2/08 | "[Driven Solutions] will pay GB ~~2%~~ 1% of all revenue [Driven Solutions] receives from Metropolitan Life Insurance at any time …" |
| Washington Mutual | 4/23/08 | "[Driven Solutions] will pay GB ~~2%~~ 1% of all revenue [Driven Solutions] receives from Washington Mutual at any time …" |
| Fireman's Fund Insurance | 10/10/08 | "[Driven Solutions] will pay GB 2% of all revenue [Driven Solutions] receives from Fireman's Fund Insurance at any time …" |
| Fred Loya Insurance (also known as Loya Insurance and Loya Group) | 10/10/08 | "[Driven Solutions] will pay GB ~~2%~~ 1% of all revenue [Drive Solutions] receives from Fred Loya Insurance at any time …" |
| CCC Information Services Group Inc., Solera Holdings, Inc., and/or Audatex, North America, Inc. | 1/29/09 | "[Driven Solutions] will pay GB $.50 for each billable assignment [Drive Solutions] receives from the Endorsing Groups at any time …" |
| AIOA Toyota, Affinity4, Active.com, American Family, American National Property & Casualty, Amica Mutual Insurance, Capital Insurance Group, Chubb Insurance, Civil Service Employees Insurance, Cornerstone National Insurance, Country Financial, EMC Insurance Group, | 1/29/09 | "[Driven Solutions] will pay GB 2% of all revenue [Drive Solutions] receives from the Endorsing Groups at any time …" |

imanage-208709.1                                -5-
**STIPULATED ORDER AND INJUNCTION**

| **ENDORSING GROUPS** | **DATE** | **COMMISSION** |
|---|---|---|
| Enumclaw Mutual Insurance, Erie Insurance Group, Farmer's Group, Fireman's Fund, GMAC Insurance Holdings, Grange Mutual Casualty Company, GuideOne Insurance, Hartford Group, Insurance Auto Auctions, Island Insurance Companies, Liberty Mutual, Mercer Insurance Group, Mercury Insurance, Michigan Millers Mutual Insurance, Mountain West Farm Bureau, Nationwide, Nissan, Nodak Mutual, New York Central Mutual, Progressive Corporation, QBE, Rockford Mutual Insurance, Selective Insurance Group, Shelter Insurance Companies, State Auto Financial Corporation, Trilegacy Solutions, Utica National Insurance, US Agencies, Standard Mutual Insurance, USI Holdings Corporation, Westfield Insurance, Workmen's Auto Insurance Company, Zurich American Insurance Company, Zurich Direct Underwriters | | |

6.   Plaintiff believes that there may be other Schedule A's executed by the parties.  Plaintiff does not waive its right to recover these commissions.

imanage-208709.1                               -6-
**STIPULATED ORDER AND INJUNCTION**

7. Article 9.2 of the Agreement provides that:

> [I]f either party requires injunctive relief to protect itself against irreparable harm for which its legal remedies are inadequate where it is demonstrably likely to prevail on the merits, it may seek an injunction from any United States District Court in order to maintain the status quo pending the ruling of an arbitrator.

8. Global Basis has asked this Court to enter the following injunction:

    a. That Defendants preserve at Driven Solutions' premises in Carrollton, Texas their books and records of receipt of revenue earned from wholesale clients introduced by Global Basis, and not remove them while this litigation remains pending.

    b. That Defendants produce these records to Global Basis for audit within a reasonable period of time.

9. Defendants agree that the requested injunctive relief shall be entered based on the foregoing stipulated facts, and based on this agreement, this Court finds good cause to enter, and does hereby enter, the following Stipulated Order and Injunction:

    a. Driven Solutions shall preserve at Driven Solutions' premises in Carrollton, Texas its books and records reflecting receipt of revenue earned from Wholesale Groups identified on a Schedule A submitted to Driven Solutions by Global Basis that was signed and accepted by Driven Solutions, and shall not remove them, while this Order remains in effect.

    b. No later than the close of business, Pacific Time, on **December 12, 2014**, Driven Solutions shall produce to Global Basis, in electronic form (by emailing them to Plaintiff's counsel David E. Wood at dwood@andersonkill.com) and in hard copy (by sending copies to Plaintiff's counsel at Anderson Kill, P.C., 864 East Santa Clara Street, Ventura, CA 93001), a record of all revenue ever received at any time by Drive America, Driven Solutions or United States Auto

Club from any entity named in a "Schedule" (in the form expressed in Exhibit 1 to the Agreement) and signed by Plaintiff and one or more of the Defendants, including but not limited to: GAINSCO, Safe-Guard Products, Latin Assist/Integra, Eaglerider, Dent Zone, Fox Rent a Car, Zipcar, LotSolutions, Advantage Rent A Car, Encore Marketing, Hanover Insurance, AIG, Warrantech, Sonsio, cynoSure Financial, Inc., Payless Car Rental, Metropolitan Life Insurance, Washington Mutual, Fireman's Fund Insurance, Fred Loya Insurance (also known as Loya Insurance and Loya Group), CCC Information Services Group Inc., Solera Holdings, Inc., and/or Audatex, North America, Inc., AIOA Toyota, Affinity4, Active.com, American Family, American National Property & Casualty, Amica Mutual Insurance, Capital Insurance Group, Chubb Insurance, Civil Service Employees Insurance, Cornerstone National Insurance, Country Financial, EMC Insurance Group, Enumclaw Mutual Insurance, Erie Insurance Group, Farmer's Group, Fireman's Fund, GMAC Insurance Holdings, Grange Mutual Casualty Company, GuideOne Insurance, Hartford Group, Insurance Auto Auctions, Island Insurance Companies, Liberty Mutual, Mercer Insurance Group, Mercury Insurance, Michigan Millers Mutual Insurance, Mountain West Farm Bureau, Nationwide, Nissan, Nodak Mutual, New York Central Mutual, Progressive Corporation, QBE, Rockford Mutual Insurance, Selective Insurance Group, Shelter Insurance Companies, State Auto Financial Corporation, Trilegacy Solutions, Utica National Insurance, US Agencies, Standard Mutual Insurance, USI Holdings Corporation, Westfield Insurance, Workmen's Auto Insurance Company, Zurich American Insurance Company and Zurich Direct Underwriters.

    c.  No bond shall be required.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: December 2, 2014          **ANDERSON KILL, P.C.**

By_____
      **DAVID E. WOOD**
      **Attorneys for Plaintiff Basis LLC dba Global Basis**

Dated: December 2, 2014          **STRASBURGER & PRICE LLP**

By _____
      **MARK SCUDDER**
      **Attorneys for Defendants Drive America Holdings, Inc. and Driven Solutions, Inc.**

The Court finds that all of the legal and equitable criteria for the entry of the foregoing injunction have been met.  This Order shall remain in effect until Plaintiff and Defendants jointly request that the Order be modified or dissolved, or until a further Order of this Court, or until a final arbitration award is issued in a subsequent arbitration proceeding pursuant to paragraph 9.2 of the Agreement and any and all proceedings to vacate the award are terminated or the time to do so has expired.

The foregoing injunction is hereby entered.

/ / /

**IT IS SO ORDERED.**

/ / /

Dated: December 8, 2014          *[signature]*

_____
The Hon. Michael W. Fitzgerald
U.S District Judge